| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  North American Rail Solutions, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  20-1361479

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clay**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **North American Rail Solutions, LLC**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                    Relationship _____
District _____  When _____  Case number, if known _____

Debtor **North American Rail Solutions, LLC**     Case number (*if known*) _____
    Name

### 11. Why is the case filed in *this district*?

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### ■ Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

### 15. Estimated Assets

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### 16. Estimated liabilities

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **North American Rail Solutions, LLC**    Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 4, 2020**
MM / DD / YYYY

X **/s/ James R. Walker, Jr.**                                  **James R. Walker, Jr.**
Signature of authorized representative of debtor                 Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Richard R. Thames**                                     Date **February 4, 2020**
Signature of attorney for debtor                                     MM / DD / YYYY

**Richard R. Thames**
Printed name

**Thames Markey & Heekin, PA**
Firm name

**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone  **904-358-4000**      Email address  **abd@tmhlaw.net**

**0718459 FL**
Bar number and State

Debtor **North American Rail Solutions, LLC**      Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter  **7**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Annapolis Junction Rail Solutions, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |
| Debtor | **Colorado Rail Solutions, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |
| Debtor | **Flint Rail Services, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |
| Debtor | **Lordstown, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |
| Debtor | **Michigan Rail Services, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |
| Debtor | **Mid-West Rail Solutions, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |
| Debtor | **South Florida Rail Solutions, LLC** | | Relationship to you | **Subsidiary** |
| District | **Middle District of FL, Jacksonville Division** | When | Case number, if known | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **North American Rail Solutions, LLC**                                     Case No.
                                        Debtor(s)                                   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,500.00 |
   | Prior to the filing of this statement I have received | $ 2,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Attendance at Rule 2004 examination and communications incidental thereto.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Defense of adversary proceedings or other contested matters, complex Rule 2004 examinations, preparation of responses to discovery, and any other matters not expressly identified above.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 4, 2020** | **/s/ Richard R. Thames** |
| Date | **Richard R. Thames** |
| | *Signature of Attorney* |
| | **Thames Markey & Heekin, PA** |
| | **50 North Laura Street** |
| | **Suite 1600** |
| | **Jacksonville, FL 32202** |
| | **904-358-4000   Fax: 904-358-4001** |
| | **abd@tmhlaw.net** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **North American Rail Solutions, LLC**                              Case No.
                                    Debtor(s)                               Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 4, 2020**                    **/s/ James R. Walker, Jr.**
                                                **James R. Walker, Jr.**/**Managing Member**
                                                Signer/Title

North American Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Lordstown, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Richard R. Thames
Thames Markey & Heekin, PA
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

Michigan Rail Services, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Annapolis Junction Rail Solu
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Flint Rail Services, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Mid-West Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Anthony E. Napoli, Esq.
Central States Funds, SE and
 SW Areas Pension Funds
9377 W. Higgins Rd.
Rosemont, IL 60018

Flint Rail Services, LLC
5000 U.S. Highway 17,
Suite 18, #233
Fleming Island, FL 32003

Mid-West Rail Solutions, LLC
5000 U.S. Highway 17, Suite 18 #2
Fleming Island, FL 32003

Central States Pension Fund
9377 W. Higgins Rd.
Rosemont, IL 60018-4938

Freight Drivers & Helpers
Local Union No. 557 Pension
9411 Philadelphia Rd., #S
Baltimore, MD 21237

South Florida Rail Solutions
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Chubb
Chubb Lockbox 7345
P.O. Box 7247
Philadelphia, PA 19170-0001

General Motors, LLC
30001 Van Dyke
Warren, MI 48090

Clara Beal, Personally and
 as Guardian of Glenn Beal
c/o Henry M. Hanflik, P.C.
1380 S. Linden Rd.
Flint, MI 48532

Glovis America, Inc.
17305 Von Karman Ave.
Irvine, CA 92614

Colorado Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Hartford, The
P.O. Box 660916
Dallas, TX 75266-0916

CSX Transportation, Inc.
CSXT Govt. Billing
P.O. Box 530192
Atlanta, GA 30353-0192

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346