**Fill in this information to identify the case:**

Debtor name   **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  5, 2020**      X **/s/ James R. Walker, Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **James R. Walker, Jr.**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

---

**Part 1:**  **Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................  $         **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................  $       **25,750.20**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................  $       **25,750.20**

---

**Part 2:**  **Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $         **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $         **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$   **50,719,935.88**

4.  **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b        $   **50,719,935.88**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Bank of America Full Analysis Business Checking Account [balance as of 02/04/2020]** | **Operating** | 8738 | $14,208.57 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$14,208.57

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Deposits [balance as of 02/04/2020]**    $10,783.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$10,783.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **North American Rail Solutions, LLC**                    Case number *(If known)* _____
　　　　　　Name

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:　　　　　% of ownership | | |
| 15.1. | **Wholly-owned subsidiary - Management Services of North Florida, LLC; EIN - 27-0374589**　**100%** % | | **Unknown** |
| 15.2. | **Wholly-owned subsidiary - Mid-West Rail Solutions, LLC; EIN - 47-3606483**　**100%** % | | **Unknown** |
| 15.3. | **Wholly-owned subsidiary - Annapolis Junction Rail Solution, LLC; EIN - 41-2246123**　**100%** % | | **Unknown** |
| 15.4. | **Wholly-owned subsidiary - Flint Rail Services, LLC; EIN - 27-4444325 [administratively dissolved on 09/27/2019]**　**100%** % | | **Unknown** |
| 15.5. | **Wholly-owned subsidiary - Lordstown, LLC; EIN - 20-3103735 [administratively dissolved on 09/27/2019]**　**100%** % | | **Unknown** |
| 15.6. | **Wholly-owned subsidiary - South Florida Rail Solutions, LLC; EIN - 27-0601885 [administratively dissolved on 09/27/2019]**　**100%** % | | **Unknown** |
| 15.7. | **Wholly-owned subsidiary - Colorado Rail Solutions, LLC; EIN - 47-5197235 [administratively dissolved on 09/27/2019]**　**100%** % | | **Unknown** |
| 15.8. | **Wholly-owned subsidiary - Michigan Rail Services, LLC; EIN - 26-4187900 [administratively dissolved on 09/27/2013]**　**100%** % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **North American Rail Solutions, LLC**                    Case number *(If known)* _____
        Name

Describe:

| 17. | **Total of Part 4.** | | $0.00 |
|---|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|     **Office Equipment [balance as of 02/04/2020]** | $758.63 | N/A | $758.63 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** | | $758.63 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    □ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    □ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **North American Rail Solutions, LLC**                    Case number (If known) _____
          Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71. Notes receivable
Description (include name of obligor)
**Intercompany loan due from
Mid-West Rail Solutions, LLC
[balance as of 02/04/2020]**

212,233.83   -   212,233.83   =
Total face amount      doubtful or uncollectible amount

**$0.00**

**Intercompany loan due from
Colorado Rail Solutions, LLC
[balance as of 02/04/2020]**

291,854.15   -   291,854.15   =
Total face amount      doubtful or uncollectible amount

**$0.00**

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

73. Interests in insurance policies or annuities
**Chubb Group of Insurance Companies Commercial
Excess and Umbrella Insurance Policy No. 7989-87-88
[includes underlying policies for employers liability,
commercial general liability, automobile liabiliy,
employee benefits liability, non-owned & hired auto
liability and stop gap coverage] [06/20/2019 - 06/20/2020]**

**Unknown**

**The Hartford Management Liability Policy No.
30.KB.0251693.19 [06/20/2019 - 06/20/2020]**

**Unknown**

74. Causes of action against third parties (whether or not a lawsuit
has been filed)

75. Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed Examples: Season tickets,
country club membership

Debtor    **North American Rail Solutions, LLC**                    Case number *(If known)* _____
                    Name

78.    **Total of Part 11.**                                                    | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Debtor    **North American Rail Solutions, LLC**                    Case number *(If known)* _____
              Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,208.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,783.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $758.63 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,750.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,750.20 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**North American Rail Solutions, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.1**   Priority creditor's name and mailing address

**FL Dept. of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.2**   Priority creditor's name and mailing address

**FL Dept. of State**
**Clifton Building**
**2661 Executive Center Dr.**
**Tallahassee, FL 32301**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **North American Rail Solutions, LLC**   Case number *(if known)* _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

☑ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,127,894.59 |
|---|---|---|---|

**Annapolis Junction Rail Solu**
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Intercompany loan due [balance as of 02/04/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,507,059.89 |
|---|---|---|---|

**Central States Pension Fund**
9377 W. Higgins Rd.
Rosemont, IL 60018-4938

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5801**

Basis for the claim:  **Withdrawal Liability [balance as of 01/27/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,343.93 |
|---|---|---|---|

**Chubb**
Chubb Lockbox 7345
P.O. Box 7247
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance premiums [balance as of 02/04/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clara Beal, Personally and**
 as Guardian of Glenn Beal
c/o Henry M. Hanflik, P.C.
1380 S. Linden Rd.
Flint, MI 48532

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Personal injury claim [Genesee County, Michigan; Case No. 19-113209]**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.97 |
|---|---|---|---|

**CSX Transportation, Inc.**
CSXT Govt. Billing
P.O. Box 530192
Atlanta, GA 30353-0192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9372**

Basis for the claim:  **[balance as of 02/04/2020]**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **North American Rail Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,294,604.00** |
|---|---|---|---|

**Freight Drivers & Helpers**
**Local Union No. 557 Pension**
**9411 Philadelphia Rd., #S**
**Baltimore, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Estimated Withdrawal Liability [balance as of 12/31/2018]**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**General Motors, LLC**
**30001 Van Dyke**
**Warren, MI 48090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible damage claims relating to a Service Contract for Logistics Services [Flint, Michigan]**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,235.90** |
|---|---|---|---|

**Hartford, The**
**P.O. Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Insurance premiums [balance as of 02/04/2020]**

Last 4 digits of account number  **5949**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$767,521.60** |
|---|---|---|---|

**Lordstown, LLC**
**5000 U.S. Highway 17**
**Suite 18 #233**
**Fleming Island, FL 32003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Intercompany loan due [balance as of 02/04/2020]**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony E. Napoli, Esq.** **Central States Funds, SE and** **SW Areas Pension Funds** **9377 W. Higgins Rd.** **Rosemont, IL 60018** | Line  **3.2** ☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **50,719,935.88** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **50,719,935.88** |

---

**Fill in this information to identify the case:**

Debtor name    **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Automobile Terminal Operations Agreement at the Port Hueneme Rail Loading Facility** |
| State the term remaining | |
| List the contract number of any government contract | **Glovis America, Inc.**<br>**17305 Von Karman Ave.**<br>**Irvine, CA 92614** |

**Fill in this information to identify the case:**

Debtor name   **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Annapolis Junction Rail Solu** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Central States Pension Fund** | ☐ D _____ ■ E/F  **3.2** ☐ G _____ |
| 2.2 | **Annapolis Junction Rail Solu** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Freight Drivers & Helpers** | ☐ D _____ ■ E/F  **3.6** ☐ G _____ |
| 2.3 | **Colorado Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Central States Pension Fund** | ☐ D _____ ■ E/F  **3.2** ☐ G _____ |
| 2.4 | **Colorado Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Freight Drivers & Helpers** | ☐ D _____ ■ E/F  **3.6** ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **North American Rail Solutions, LLC**                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                            *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.5 | **Flint Rail Services, LLC** | 5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003 | **Central States Pension Fund** |

☐ D _____
■ E/F   **3.2**
☐ G _____

| | | | |
|---|---|---|---|
| 2.6 | **Flint Rail Services, LLC** | 5000 U.S. Highway 17, Suite 18, #233 Fleming Island, FL 32003 | **General Motors, LLC** |

☐ D _____
■ E/F   **3.7**
☐ G _____

| | | | |
|---|---|---|---|
| 2.7 | **Flint Rail Services, LLC** | 5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003 | **Freight Drivers & Helpers** |

☐ D _____
■ E/F   **3.6**
☐ G _____

| | | | |
|---|---|---|---|
| 2.8 | **Flint Rail Services, LLC** | 5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003 | **Clara Beal, Personally and** |

☐ D _____
■ E/F   **3.4**
☐ G _____

| | | | |
|---|---|---|---|
| 2.9 | **Lordstown, LLC** | 5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003 | **Central States Pension Fund** |

☐ D _____
■ E/F   **3.2**
☐ G _____

| | | | |
|---|---|---|---|
| 2.10 | **Lordstown, LLC** | 5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003 | **Freight Drivers & Helpers** |

☐ D _____
■ E/F   **3.6**
☐ G _____

| | | | |
|---|---|---|---|
| 2.11 | **Michigan Rail Services, LLC** | 5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003 | **Central States Pension Fund** |

☐ D _____
■ E/F   **3.2**
☐ G _____

| Debtor | **North American Rail Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.12 | **Michigan Rail Services, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Freight Drivers & Helpers** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
|---|---|---|---|---|
| 2.13 | **Mid-West Rail Solutions, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Central States Pension Fund** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.14 | **Mid-West Rail Solutions, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Freight Drivers & Helpers** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.15 | **South Florida Rail Solutions** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Central States Pension Fund** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.16 | **South Florida Rail Solutions** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Freight Drivers & Helpers** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.17 | **Mid-West Rail Solutions, LLC** | 5000 U.S. Highway 17, Suite 18 #233<br>Fleming Island, FL 32003 | **Glovis America, Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **North American Rail Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$0.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$0.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **North American Rail Solutions, LLC**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached check register.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Central States Funds, Southeast and Southwest Areas Pensions Funds, and Arthur H. Bunte, Jr., as Trustee vs. North American Rail Solutions, LLC, et al.**<br>**1:19-cv-01260** | **ERISA Withdrawal Liability** | **United States District Court Northern District of Illinois Eastern Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Clara Beal, et al. vs. North American Rail Solutions, LLC, et al.**<br>**19-113209** | **Personal injury** | **State of Michigan Circuit Court County of Genesee** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    **North American Rail Solutions, LLC** _____    Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|------------------------------------------------------------|------------------------------------------|---------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **North American Rail Solutions, LLC** _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 06/03/2019 - $8,209.50 06/24/2019 - $8,036.37 07/22/2019 - $2,805.17 08/26/2019 - $604.50 10/01/2019 - $1,060.50 11/05/2019 - $4,231.50 12/11/2019 - $3,155.96 01/07/2020 - $1,897.18 02/03/2020 - $325.50 02/04/2020 - $2,500.00 | |
| | **Thames Markey & Heekin, PA 50 North Laura Street Suite 1600 Jacksonville, FL 32202** | **Attorney Fees** | | $0.00 |
| | **Email or website address abd@tmhlaw.net** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Michael T. Williamson 10 Old Hard Rd. Fleming Island, FL 32003** | **Sale of 2016 GMC Sierra 150** | **12/31/2018** | **$35,000.00** |
| | **Relationship to debtor Prior Owner** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **North American Rail Solutions, LLC** | Case number *(if known)* |
|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

<br>

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **North American Rail Solutions, LLC**                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

---

Debtor    **North American Rail Solutions, LLC** _____    Case number _(if known)_ _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.    **See Schedule B** | | EIN: |
| | | From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Harrington & Associates, CPAs** <br> **328 Stiles Ave.** <br> **Orange Park, FL 32073** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James R. Walker, Jr. | 1411 Mahama Bluff Rd. <br> Green Cove Springs, FL 32043 | Owner, Managing Member | 100% ownership interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Erickson | | Officer, General Manager of Operations | 0% ownership interest |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **North American Rail Solutions, LLC**　　　　　　　　　　　Case number *(if known)*

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James R. Walker, Jr.**<br>**1411 Mahama Bluff Rd.**<br>**Green Cove Springs, FL 32043** | **$268,661.71 - 2019 Wages**<br>**$90,000.00 - 2019 Miscellaneous Income**<br>**$61,838.68 - Distributions** | **Various** | **Various** |
| | Relationship to debtor<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **North American Rail Solutions, LLC** | **EIN:　20-1361479** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**　Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**February  5, 2020**

**/s/ James R. Walker, Jr.**　　　　　　　　　　　**James R. Walker, Jr.**
Signature of individual signing on behalf of the debtor　　　Printed name

Position or relationship to debtor　**Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# North American Railway Solutions, LLC
## Bank Account Register
Bank of America - Checking
November 1, 2019 - February 4, 2020

| Date | Reference | Payee ID | Description | Checks/ Payments | Deposits/ Additions | Balance |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | 81,878.32 |
| 11/07/19 | 3784 | HARRINGT01 | Harrington & Associates, CPA | 2,800.00 | | 79,078.32 |
| 11/07/19 | 3785 | WILLIA01 | Michael T Williamson | 3,132.87 | | 75,945.45 |
| 11/12/19 | HEALTH | UNITEDHLTH | United Healthcare | 5,070.48 | | 70,874.97 |
| 11/15/19 | Payroll | | Payroll Entry 11-15-19 | 6,210.58 | | 64,664.39 |
| 11/15/19 | SERVICE FEE | | Bank Service Fee | 302.14 | | 64,362.25 |
| 11/18/19 | 3786 | WALKER01 | James Walker, Jr. | 534.33 | | 63,827.92 |
| 11/25/19 | AMEX | AMEX03 | American Express 8-01006 | 3,905.47 | | 59,922.45 |
| 11/26/19 | | | Convenience Fee | 1.95 | | 59,920.50 |
| 11/26/19 | | CHUBB | Chubb | 14,689.68 | | 45,230.82 |
| 11/29/19 | Payroll | | Payroll Entry 11-29-19 | 6,032.68 | | 39,198.14 |
| 12/06/19 | | UNITEDHLTH | United Healthcare | 5,216.96 | | 33,981.18 |
| 12/06/19 | 3787 | HARRINGT01 | Harrington & Associates, CPA | 2,800.00 | | 31,181.18 |
| 12/06/19 | 3788 | TMHPA | Thames Markey & Heekin P.A. | 3,155.96 | | 28,025.22 |
| 12/06/19 | 3789 | WILLIA01 | Michael T Williamson | 3,132.87 | | 24,892.35 |
| 12/13/19 | 3790 | AMERFUND | Capital Group Retirement Plan Services | 64.25 | | 24,828.10 |
| 12/13/19 | 3791 | CSXCLAIM | CSX Transportation Inc | 8,848.10 | | 15,980.00 |
| 12/13/19 | 3793 | MBWL | Marathas Barrow Weatherhead Lent LLP | 675.00 | | 15,305.00 |
| 12/13/19 | 3795 | WALKER01 | James Walker, Jr. | 769.00 | | 14,536.00 |
| 12/13/19 | Payroll | | Payroll Entry 12-13-19 | 5,994.89 | | 8,541.11 |
| 12/16/19 | SERVICE FEE | | Bank Service Fee | 569.31 | | 7,971.80 |
| 12/17/19 | MD TAX | | Comp Troller of Maryland | 5,249.00 | | 2,722.80 |
| 12/26/19 | 3796 | HARRINGT01 | Harrington & Associates, CPA | 22,000.00 | | (19,277.20) |
| 12/26/19 | AMEX | AMEX03 | American Express 8-01006 | 5,287.83 | | (24,565.03) |
| 12/26/19 | CHUBB | CHUBB | Chubb | 14,695.68 | | (39,260.71) |
| 12/26/19 | CHUBB FEE | | Chubb Service Fee | 1.95 | | (39,262.66) |
| 12/26/19 | TRANS AJ | | Transfer from Annapolis 12-26-19 | | 50,000.00 | 10,737.34 |
| 12/27/19 | Payroll | | Payroll Entry 12-27-19 | 5,852.88 | | 4,884.46 |
| 12/30/19 | Payroll | | Payroll Entry 12-30-19 | 4,137.22 | | 747.24 |
| 12/31/19 | 3799 | WALKER01 | James Walker, Jr. | 500.00 | | 247.24 |
| 12/31/19 | AMEX | AMEX03 | American Express 8-01006 | 3,190.44 | | (2,943.20) |
| 12/31/19 | TRANS AJ | | Transfer from Annapolis 12-31-19 | | 30,000.00 | 27,056.80 |
| 01/02/20 | 3797 | WILLIA01 | Michael T Williamson | 3,132.87 | | 23,923.93 |
| 01/02/20 | 3798 | TMHPA | Thames Markey & Heekin P.A. | 1,897.18 | | 22,026.75 |
| 01/06/20 | TRANS AJ | | Transfer from Annapolis 01-06-2020 | | 10,000.00 | 32,026.75 |
| 01/10/20 | Payroll | | Payroll Entry 01-10-2020 | 6,392.96 | | 25,633.79 |
| 01/15/20 | SERVICE FEE | | Bank Service Fee | 732.42 | | 24,901.37 |
| 01/24/20 | Payroll | | Payroll Entry 01-24-2020 | 3,188.91 | | 21,712.46 |
| 01/30/20 | | UNITEDHLTH | United Healthcare | 200.08 | | 21,512.38 |
| 01/30/20 | | | Chubb Convenience Fee | 1.95 | | 21,510.43 |
| 01/30/20 | | CHUBB | Chubb | 14,692.68 | | 6,817.75 |
| 01/30/20 | 3800 | TMHPA | Thames Markey & Heekin P.A. | 325.50 | | 6,492.25 |
| 02/03/20 | 3802 | HARRINGT01 | Harrington & Associates, CPA | 15,668.25 | | (9,176.00) |
| 02/03/20 | TRANS AJ | | Transfer from Annapolis | | 25,000.00 | 15,824.00 |
| 02/04/20 | | | Counter Deposit - Republic Services Lordstown Refund | | 58.57 | 15,882.57 |
| 02/04/20 | 3803 | TMHPA | Thames Markey & Heekin P.A. | 16,674.00 | | (791.43) |
| 02/04/20 | TRANS AJ | | Transfer from Annapolis | | 15,000.00 | 14,208.57 |
| | | | Totals | 197,728.32 | 130,058.57 | 14,208.57 |

Transaction count = 46