# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 20-00393-3F7 JAF | | | **Trustee:** (290790) | GREGORY L. ATWATER |
|---|---|---|---|---|---|
| **Case Name:** | NORTH AMERICAN RAIL SOLUTIONS, LLC | | | **Filed (f) or Converted (c):** | 02/05/20 (f) |
| | | | | **§341(a) Meeting Date:** | 03/10/20 |
| **Period Ending:** | 06/30/21 | | | **Claims Bar Date:** | 05/14/20 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Operating Account at Bank of America Full Analys Imported from original petition Doc# 3 | 14,208.57 | 10,220.00 | | 10,220.00 | FA |
| 2 | Wholly-owned subsidiary - Management Services of Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 3 | Wholly-owned subsidiary - Mid-West Rail Solution Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 4 | Wholly-owned subsidiary - Annapolis Junction Rai Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 5 | Wholly-owned subsidiary - Flint Rail Services, L Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 6 | Wholly-owned subsidiary - Lordstown, LLC; EIN -2 Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 7 | Wholly-owned subsidiary - South Florida Rail Sol Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 8 | Wholly-owned subsidiary - Colorado Rail Solution Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 9 | Wholly-owned subsidiary - Michigan Rail Services Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 10 | Deposits [balance as of 02/04/2020] Imported from original petition Doc# 3 | 10,783.00 | 10,783.00 | | 0.00 | 10,783.00 |
| 11 | Chubb Group of Insurance Companies Commercial Ex Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-00393-3F7 JAF

**Case Name:** NORTH AMERICAN RAIL SOLUTIONS, LLC

**Period Ending:** 06/30/21

**Trustee:** (290790)   GREGORY L. ATWATER

**Filed (f) or Converted (c):** 02/05/20 (f)

**§341(a) Meeting Date:** 03/10/20

**Claims Bar Date:** 05/14/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | The Hartford Management Liability Policy No. 30.<br>Imported from original petition Doc# 3 | Unknown | Unknown | | 0.00 | FA |
| 13 | Notes Receivable: Intercompany loan due from Mid<br>Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Notes Receivable: Intercompany loan due from Col<br>Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Office Equipment [balance as of 02/04/2020]. Val<br>Imported from original petition Doc# 3 | 758.63 | 2,000.00 | | 14,625.95 | FA |
| 16 | REFUND FROM GROUP HEALTH POLICY  (u) | 0.00 | 96.58 | | 96.58 | FA |
| 17 | 2019 INCOME TAX REFUND  (u) | 0.00 | 15,927.00 | | 15,927.00 | FA |
| 18 | REFUND FROM STATE OF COLORADO  (u) | 0.00 | 924.00 | | 924.00 | FA |
| **18** | **Assets**      **Totals**  (Excluding unknown values) | **$25,750.20** | **$39,950.58** | | **$41,793.53** | **$10,783.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE IS INVESTIGATING ASSETS OF THE CORPORATION, INCLUDING EQUIPMENT, BANK ACCOUNTS AND REFUNDS

2-10-2020  ASSET NOTICE FILED.

2-10-2020  APPLICATION TO EMPLOY STEVEN VANDERWILT AS ACCOUNTANT FOR THE ESTATE FILED.

2-10-2020  ORDER AUTHORIZING STEVEN M. VANDEERWILT AS ACCOUNTANT FOR THE ESTATE ENTERED.

2-11-2011  APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE FILED.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 20-00393-3F7 JAF | **Trustee:** (290790) | GREGORY L. ATWATER |
|---|---|---|---|
| **Case Name:** | NORTH AMERICAN RAIL SOLUTIONS, LLC | **Filed (f) or Converted (c):** | 02/05/20 (f) |
| | | **§341(a) Meeting Date:** | 03/10/20 |
| **Period Ending:** | 06/30/21 | **Claims Bar Date:** | 05/14/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

2-11-2011  ORDER APPROVING APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE ENTERED.

3-10-2020  TRUSTEE COLLECTED ALL FUNDS FROM BANK ACCOUNT.

5-20-2020  CLAIMS REVIEW COMPLETE.

6-15-2020  ATTORNEY FOR THE ESTATE IS PURSUING ALL REFUNDS AND DEPOSITS THAT MAY BE PROPERTY OF THE CORPORATION.

11-10-2020  ATTORNEY FOR THE ESTATE IS CONTINUING TO INVESTIGATE ASSETS OF THE CORPORATION INCLUDING  EQUIPMENT AND REFUNDS.

**Initial Projected Date Of Final Report (TFR):**  December 30, 2020          **Current Projected Date Of Final Report (TFR):**  October 30, 2021

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 20-00393-3F7 JAF | Trustee: | GREGORY L. ATWATER (290790) |
| Case Name: | NORTH AMERICAN RAIL SOLUTIONS, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******2741 - Checking Account |
| Taxpayer ID #: | **-***1479 | Blanket Bond: | $32,583,498.00  (per case limit) |
| Period Ending: | 06/30/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 26,723.66 | | 26,723.66 |
| 03/11/21 | {15} | GLOVIS AMERICA INC | ACCOUNTS RECEIVEABLE | 1129-000 | 14,625.95 | | 41,349.61 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 61.95 | 41,287.66 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 66.17 | 41,221.49 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 61.66 | 41,159.83 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 72.56 | 41,087.27 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 41,349.61 | 262.34 | **$41,087.27** |
| Less: Bank Transfers | | 26,723.66 | 0.00 | |
| **Subtotal** | | 14,625.95 | 262.34 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$14,625.95** | **$262.34** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 20-00393-3F7 JAF
**Case Name:** NORTH AMERICAN RAIL SOLUTIONS, LLC

**Taxpayer ID #:** **-***1479
**Period Ending:** 06/30/21

**Trustee:** GREGORY L. ATWATER (290790)
**Bank Name:** Mechanics Bank
**Account:** ******8066 - Checking Account
**Blanket Bond:** $32,583,498.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/20 | {16} | NORTH AMERICAN RAIL SOLUTIONS | REFUND FROM GROUP HEALTH POLICY | 1290-000 | 96.58 | | 96.58 |
| 03/10/20 | {1} | NORTH AMERICAN RAIL SOLUTIONS LLC | BANK OF AMERICA ACCOUNT XXX8738 | 1129-000 | 10,220.00 | | 10,316.58 |
| 03/10/20 | {18} | NORTH AMERICAN RAIL SOLUTIONS LLC | | 1290-000 | 924.00 | | 11,240.58 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.98 | 11,231.60 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.95 | 11,213.65 |
| 05/19/20 | {17} | UNITED STATES TREASURY | 2019 INCOME TAX REFUND | 1224-000 | 15,927.00 | | 27,140.65 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 24.96 | 27,115.69 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 46.22 | 27,069.47 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 44.70 | 27,024.77 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 41.75 | 26,983.02 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 46.00 | 26,937.02 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 43.05 | 26,893.97 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 41.55 | 26,852.42 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 47.21 | 26,805.21 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 41.52 | 26,763.69 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 40.03 | 26,723.66 |
| 03/03/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 26,723.66 | 0.00 |

**Subtotals :**   $27,167.58   $27,167.58

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

| Case Number: | 20-00393-3F7 JAF |
|---|---|
| Case Name: | NORTH AMERICAN RAIL SOLUTIONS, LLC |
| Taxpayer ID #: | **-***1479 |
| Period Ending: | 06/30/21 |

| Trustee: | GREGORY L. ATWATER (290790) |
|---|---|
| Bank Name: | Mechanics Bank |
| Account: | ******8066 - Checking Account |
| Blanket Bond: | $32,583,498.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 27,167.58 | 27,167.58 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 26,723.66 | |
| | | | **Subtotal** | | 27,167.58 | 443.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,167.58** | **$443.92** | |

| Net Receipts : | 41,793.53 |
|---|---|
| Net Estate : | $41,793.53 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2741** | 14,625.95 | 262.34 | 41,087.27 |
| **Checking # ******8066** | 27,167.58 | 443.92 | 0.00 |
| | $41,793.53 | $706.26 | $41,087.27 |

{} Asset reference(s)